IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN D. SMITH, #177255, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-306-WHA |
| | ) |
| PATRICE RICHIE, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 3. 2019, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objection has been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to comply with an order of this court requiring that he file an amended complaint.

A separate Final Judgment will be entered.

DONE this 10th day of July, 2019.

                          /s/ W. Harold Albritton
                          SENIOR UNITED STATES DISTRICT JUDGE